**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFF HAWORTH, | ) | 1:06-cv-1713 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ON PLAINTIFF'S MOTION |
| | ) | FOR DEFAULT JUDGMENT AND |
| v. | ) | JUDGMENT |
| | ) | |
| ARTURO HADDOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff's Motion for Default Judgment was submitted for decision to the United States Magistrate Judge who filed Findings and Recommendations in this case on November 2, 2007.

    The Court has fully considered the Findings and Recommendations, having reviewed the case pursuant to the provisions of 28 U.S.C. § 636(b).  Proof of actual damages is not required to recover statutory minimum damages.  In this case, pursuant to California Civil Code § 52(a), the minimum statutory damages recoverable is the amount of $4,000.00 and any attorney's fees.

    The Court adopts the Findings and Recommendations of the Magistrate Judge and judgment shall be entered as follows:

    1.    Plaintiff's Motion for Default Judgment is GRANTED.

1

2. Plaintiff shall recover judgment against Defendant Arturo Haddock.

3. Within ninety (90) days following the service of a copy of this Judgment upon Arturo Haddock, he shall modify the men's restroom at the Bastille Restaurant so that it has a toilet stall which complies with applicable ADAAG standards.

4. Plaintiff shall recover damages from Defendant Arturo Haddock in the amount of $4,000.00.

5. Plaintiff shall recover attorney's fees in an amount to be determined upon motion of the Plaintiff.

6. Plaintiff shall recover costs of suit.

DATED:   January 31, 2008.

_____
       Oliver W. Wanger
   **UNITED STATES DISTRICT JUDGE**

IT IS SO ORDERED.

**Dated:   February 4, 2008**          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE