THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jeff Haworth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | Case No.  1:06-CV-1713-OWW-DLB |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| ARTURO HADDOCK, | |
| Defendant._____/ | |

Plaintiff's Motion for Entry of Default Judgment was previously submitted to the Court. The Motion was Granted, and on February 4, 2008 an "Order on Plaintiff's Motion for Default Judgment and Judgment" filed.  Plaintiff's subsequent Motion for Attorneys Fees and Costs was filed.  That Motion was also granted, and the Court's "Memorandum Decision and Order Granting Plaintiff's Motion for Attorneys' fees and Costs" was filed on March 14, 2008.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Judgment is hereby awarded in favor of Plaintiff and against Arturo Haddock.

2. Within 90 days of February 12, 2008, the date that the Court's "Order on Plaintiff's Motion

for Default Judgment and Judgement" was served upon Arturo Haddock, Arturo Haddock shall modify the men's restroom at the Bastille Restaurant so that it has a toilet stall which complies with applicable ADAAG standards.

3. Judgment for $4,000 in damages is awarded to Plaintiff and against Arturo Haddock,

4. Judgment for $6,687.75 for attorneys fees and costs is awarded to Plaintiff and against Arturo Haddock.

IT IS SO ORDERED

Date: March 25, 2008

/s/ OLIVER W. WANGER
United States District Court Judge