UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ARTURO HADDOCK,<br><br>　　　　　　　Defendant. | 1:06cv1713 OWW DLB<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>(Document 51) |

On December 17, 2008, the Magistrate Judge issued Findings and Recommendation that Defendant's motion to set aside default and default judgment. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed. However, on December 22, 2008, Plaintiff filed a notice that the default and default judgment previously entered against Defendant was set aside. On that same date, Plaintiff filed a First Amended Complaint.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 17, 2008, is ADOPTED IN FULL;
2. Defendant's motion to set aside the default and default judgment is GRANTED.

IT IS SO ORDERED.

**Dated:  January 26, 2009**                             /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE