THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jeff Haworth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEFF HAWORTH,　　　　　　　　　　Case No. 1:06-CV-1713-OWW-DLB

　　　Plaintiff,　　　　　　　　　　　　STIPULATION OF DISMISSAL; ORDER

v.

ARTURO HADDOCK, et al.,

　　　Defendant.
_____/

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Date: May 5, 2009　　　　　　　　　　Date: May 5, 2009


S/Steven R. Williams,　　　　　　　　S/Thomas N. Stewart, III,
Attorney for Arturo Haddock　　　　　Attorney for Plaintiff


IT IS SO ORDERED.

1

**Dated:     May 5, 2009**                              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE